United States District Court
Southern District of Texas
**ENTERED**
December 15, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 20CR583S |
| AMIR AQEEL,<br>RIFAT BAJWA,<br>PARDEEP BASRA,<br>MAYER MISAK,<br>MAURICIO NAVIA,<br>HAMZA ABBAS,<br>KHALID ABBAS,<br>SYED ALI, and<br>ABDUL FATANI,<br>    Defendants | § § § § § § § § § § | UNDER SEAL |

## ORDER TO UNSEAL

The United States' Motion to Unseal regarding the Superseding Indictment in the above-captioned case is hereby GRANTED.

It is ORDERED that the Superseding Indictment, the Motion to Seal, and Order to Seal be unsealed.

Signed on December 15, 2021, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge

1